FILED
 2012 Mar-30 AM 11:12
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORY BEDGOOD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:09-cv-00568-LSC-HGD |
| ) | |
| OFFICER CHAMBERS, *et al.*, ) | |
| ) | |
| Defendants ) | |

## **MEMORANDUM OPINION**

On March 7, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that this action be dismissed without prejudice against defendant Kendrick Rhodes and that judgment be entered in favor of in favor of defendants Joel Gilbert, Claudia Stallworth, Michael Chambers, Edward Martin and Gregory Downey and against plaintiff with respect to all claims asserted by plaintiff in this action.

    A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

    Done this 30th day of March 2012.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458
